

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-24-00030-CV

TAP REALTY, LLC & 62 MAIN STREET, LLC, Appellants

V.

NEIGHBORHOOD MANAGEMENT, INC., HELMUT LANDWEHR, INDIVIDUALLY AND AS PREVIOUS MEMBER OF BOARD OF DIRECTORS OF VILLAGE OWNERS ASSOCIATION, INC., JOE HOLTSHOUSER, AS PREVIOUS MEMBER OF BOARD OF DIRECTORS, PATRICK DUNAGAN AS CURRENT PRESIDENT AND DIRECTOR OF VILLAGE OWNERS ASSOCIATION, INC., RICHARD NEWTON IN CAPACITY OF MAYOR OF THE CITY OF COLLEYVILLE, CITY OF COLLEYVILLE, TWENTY TEN INVESTMENT COMPANY, LLC, AND DONALD L. SILVERMAN, INDIVIDUALLY, Appellees

On Appeal from the 352nd District Court
Tarrant County, Texas
Trial Court No. 352-323927-21

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice van Cleef

## MEMORANDUM OPINION

TAP Realty, LLC, and 62 Main Street, LLC, filed a notice of appeal[1] that "stat[ed] for the record that there are no final appealable orders in this case." Appellants argue in their brief that this Court lacks jurisdiction over this appeal as a separate point of error. Appellees also argue in their responsive brief that this Court lacks jurisdiction over this appeal, albeit for different reasons.

On November 20, 2024, we notified Appellants of a jurisdictional defect and provided them with an opportunity to show this Court how it had jurisdiction over this appeal. *See* TEX. R. APP. P. 42.3(a), (c). Our November 20 letter further warned Appellants that, absent an adequate response on or before December 2, 2024, we would dismiss the appeal. Appellants have not provided this Court with an adequate response. Instead, they filed a motion for extension of time, asking for an additional ten days to respond. However, they still argue in their motion for extension of time that this Court lacks jurisdiction over the appeal. Appellees filed a motion in opposition to Appellants' request for additional time, asking us to dismiss the appeal. Although this Court has waited long past the time for a requested extension, we still have not received any response from Appellants showing us how we have jurisdiction over this appeal. Accordingly, this appeal is ripe for dismissal.

---

[1]Originally appealed to the Second Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001 (Supp.).

Pursuant to Rules 42.3, subsections (a) and (c), of the Texas Rules of Appellate Procedure, we dismiss this appeal.

Charles van Cleef
Justice

Date Submitted: December 3, 2024
Date Decided: December 18, 2024